**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

OCT 05 2022

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:22-CR- 88 |
| | § | Judge Marcia Crone  – Hawthorn |
| NOE MENDOZA-LOPEZ (1) | § | |
| GABINO ELORZA-SANTOS (2) | § | |
| IVAN JESUS GARCIA-MENDOZA (3) | § | |
| GILDARDO LAVARIEGA-RODRIGUEZ (4) | § | |
| JESUS DAET-NICANOV (5) | § | |
| JOSE MARTIN-OJEDA (6) | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation: 46 U.S.C. §§ 70503 (a) and
> 70506(a) & (b) (Conspiracy to possess
> with the intent to distribute cocaine while
> on board a vessel subject to the jurisdiction
> of the United States)

That from sometime in December 2021, the exact date being unknown to the Grand Jury, and continuing thereafter until on or about the date of this Indictment, in the Eastern District of Texas and elsewhere:

**Noe Mendoza-Lopez**
**Gabino Elorza-Santos**
**Ivan Jesus Garcia-Mendoza**
**Gildardo Lavariega-Rodriguez**
**Jesus Daet-Nicanov**
**Jose Martin-Ojeda**

1

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b) and 21 U.S.C. § 960 (b)(1)(B)(ii).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

### Criminal Forfeiture Pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c)

Upon conviction of the controlled substance offense alleged in Count One of this indictment, defendants herein, shall forfeit to the United States pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), any property constituting, or derived from, proceeds obtained directly, or indirectly, as a result of the said violations, and any property used, or intended to be used in any manner or part, to commit or to facilitate the commission of the said violation, including but not limited to the following:

### MONEY JUDGMENT

A sum of money equal to **twenty-four million, two hundred seventy thousand** ($24,270,000.00) in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Count One conspiracy to distribute and possess with intent to distribute a Schedule I controlled substance analogue, namely, conspiracy to possess with the intent to distribute cocaine while on board a vessel subject to the

jurisdiction of the United States for which the defendants are personally liable for the approximate amounts shown below:

| | | |
|---|---|---|
| 1. | Noe Mendoza-Lopez | $4,045,000 |
| 2. | Gabino Elorza-Santos | $4,045,000 |
| 3. | Ivan Jesus Garcia-Mendoza | $4,045,000 |
| 4. | Gildardo Lavariega-Rodriguez | $4,045,000 |
| 5. | Jesus Daet-Nicanov | $4,045,000 |
| 6. | Jose Martin-Ojeda | $4,045,000 |

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third person;

( c)     has been placed beyond the jurisdiction of the court;

( d)     has been substantially diminished in value; or

( e)     has been commingled with other property which cannot be divided without difficulty,

The United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____
Christopher Rapp
Assistant United States Attorney

_____10 - 5 - 22_____
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:22-CR-88 |
| | § | Judge Marcia Crone — Hawthorn |
| NOE MENDOZA-LOPEZ (1) | § | |
| GABINO ELORZA-SANTOS (2) | § | |
| IVAN JESUS GARCIA-MENDOZA (3) | § | |
| GILDARDO LAVARIEGA-RODRIGUEZ (4) | § | |
| JESUS DAET-NICANOV (5) | § | |
| JOSE MARTIN-OJEDA (6) | § | |

## NOTICE OF PENALTY

### Count One

Violation:  46 U.S.C. §§ 70503(a) and 70506 (a) & (b)

Penalty:   Imprisonment for not less than ten (10) years and not to exceed life, a fine not to exceed $10,000,000.00, or both, and a term of supervised release of at least five (5) years.

Special Assessment:  $100.00

5